**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed March 14, 2024.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00809-CV**

---

**IN RE OLIVEIRA FLORINDA MARLON, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**County Court at Law No. 1**
**Waller County, Texas**
**Trial Court Cause No. 19-01-25338**

---

## MEMORANDUM OPINION

On October 25, 2023, relator Oliveira Florinda Marlon filed a "writ of mandamus." *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks the court to reopen *In re Marriage of Nanette Yvette Marlon and Oliveira Florinda Marlon* (14-19-00610-CV). We dismissed that

appeal, as the filing fee was not paid. Tex. R. App. P. 5, 42.3(c). This court has the authority to issue writs of mandamus against a judge of a district, statutory county, statutory probate county, or county court in the court of appeals district and all writs necessary to enforce our jurisdiction. Tex. Gov't Code Ann. § 22.221(a), (b). This purported petition for a writ of mandamus is not directed at any of the judges listed above, and we have no subject-matter jurisdiction to proceed. Even were we to treat this a motion in the former appeal, our plenary power over our December 17, 2019 judgment in case number 14-19-00610-CV expired 60 days after judgment as there was no timely filed motion for rehearing or en banc reconsideration, or timely filed motion to extend time to file such a motion. Tex. R. App. P. 19.1.

We dismiss this proceeding for want of subject-matter jurisdiction.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.